**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICARDO RENDON, *pro se* )  ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:12-cv-01570 (JEB) |
| U.S. DRUG ENFORCEMENT AGENCY, *et al*, ) ) | |
| Defendants. ) )  ) | |

## MOTION TO ESTABLISH A BRIEFING SCHEDULE

Defendants, Drug Enforcement Administration[1], Executive Office of the United States Attorneys and El Paso Intelligence Center, by and through undersigned counsel, respectfully move this Court to establish a briefing schedule for this case. This case arises out of Plaintiff's purported requests to the Defendants pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 for records relating to his criminal case. Defendant respectfully seeks the following schedule:

- Defendants' dispositive motion due Thursday, January 31, 2013

- Plaintiff's response due Thursday, February 21, 2013

- Defendants' reply due Thursday, March 7, 2013.

The above briefing schedule reflects that the undersigned counsel will be leaving the U.S. Attorney's Office as of January 3, 2013, and provides time for a newly assigned Special Assistant United States Attorney to become familiar with the case. Defendants respectfully

---

[1] Defendant notes that Plaintiff has captioned his case as "Rendon v. Drug Enforcement Agency," but the correct name of the Department of Justice component at issue is "Drug Enforcement Administration."

submit that these proposed dates will reasonably permit the gathering of the needed information and completion of briefing of the issues and that the schedule will therefore advance the resolution of the issues in the case.  A proposed order is attached to this motion.


Date:  November 26, 2012                          Respectfully submitted,

                                                 RONALD C. MACHEN JR., D.C. Bar #447889
                                                 United States Attorney
                                                 for the District of Columbia

                                                 DANIEL F. VAN HORN, D.C. Bar #924092
                                                 Civil Chief

                                                 By:   /s/ Jenny Knopinski
                                                 JENNY KNOPINSKI
                                                 Special Assistant United States Attorney
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 Tel: (202) 616-3285   Fax: (202) 514-8780
                                                 Jenny.knopinski@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICARDO RENDON, *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:12-cv -01570 (JEB) |
| | ) |
| U.S. DRUG ENFORCEMENT AGENCY, *et al*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' Motion to Establish a Briefing Schedule, and for good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants shall have to, and including, Thursday, January 31, 2013 to file a dispositive motion for this case; Plaintiff shall have to, and including, Thursday, February 21, 2013 to respond; and Defendants shall have to, and including, Thursday, March 7, 2013 to reply.

SO ORDERED.


_____                    _____
Date                                Hon. James E. Boasberg
                                    United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of November 2012, a true and correct copy of

the above Motion to Establish a Briefing Schedule was sent to Plaintiff, *pro se*, via first class

mail at the following address:

**RICHARD RENDON**
R12652-002
LA TUNA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 3000
ANTHONY, TX 88021

By:   /s/ Jenny Knopinski
JENNY KNOPINSKI
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-3285 Fax: (202) 514-8780
Jenny.knopinski@usdoj.gov